AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE

### DISTRICT OF ALABAMA

JENNIFER HOLLADAY

V.

BIG BEAR of LUVERNE, INC, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:07CU706-WKW

TO: (Name and address of defendant)
Big Bear of Luverne, Inc.
402 B South Glenwood Ave
Luverne, AL 35202-1945

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Jay Lewis
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
_____
CLERK

_____
(BY) DEPUTY CLERK

DATE    8/8/07

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age
and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other *(specify)*: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
　　　　　　　　　*Date*　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1)　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev.,10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                        DISTRICT OF    ALABAMA

## SUMMONS IN A CIVIL CASE

JENNIFER HOLLADAY

CASE NUMBER: 2:07CU706- WKW

V.

TONY BEVERLY, et al

TO: (Name and address of defendant)
Tony Beverly
c/o Big Bear of Luverne, Inc
402 B South Glenwood Ave
Luverne, AL 36049

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Jay Lewis
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

Debra P. Hackett

CLERK

(BY)  DEPUTY CLERK

DATE    8 8 07

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                     *Date*                                      *Signature of Server*

                                                    _____
                                                    *Address of Server*

_____
(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.