**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Big Bear of Luverne, Inc.
402 B South Glenwood Ave.
Luverne, AL 36049

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Lisa Langford
B. Date of Delivery: 8/10/07
C. Signature: X ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☒ Yes ☐ No
If YES, enter delivery address below:
PO Box 247
Luverne, AL 36049
2:07CV706

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Copy from service label): 7006 0100 0003 2054 6662

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tony Beverly
c/o Big Bear of Luverne, Inc.
402 B South Glenwood Ave.
Luverne, AL 36049

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Lisa Langford
B. Date of Delivery: 8/10/07
C. Signature: X ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☒ Yes ☐ No
If YES, enter delivery address below:
PO Box 247
Luverne, AL 36049
07CV706

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Copy from service label): 7006 0100 0003 2054 6679

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952