IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JENFFER HOLLADAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **2:07-cv-706-WKW** |
| ) | |
| **BIG BEAR OF LUVERNE, INC., d/b/a** ) | |
| **JOHN'S FOODS, INC., and** ) | |
| **TONY BEVERLY,** ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Big Bear of Luverne, d/b/a John's Foods, Inc. states that it is a private corporation with no parent corporation and that no publicly held corporation owns 10% or more of its stock.

This the 30th day of August, 2007.

Respectfully Submitted,


s/Michael L. Thompson THO152
Michael L. Thompson


s/Whitney R. Brown BRO237
Whitney R. Brown


LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

    I hereby certify that on August 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Jay Lewis, Esq.
        Law Offices of Jay Lewis, LLC
        P. O. Box 5059
        Montgomery, AL  36103

                s/Michael L. Thompson
                Michael L. Thompson (ASB-5417-O46M)
                Whitney R. Brown (ASB 4431 H71B)
                Lehr Middlebrooks & Vreeland, P.C.
                P.O. Box 11945
                Birmingham, AL 35202-1945
                Phone:  (205) 326-3002
                Fax:  (205) 326-3008
                E-mail: mthompson@lehrmiddlebrooks.com
                E-mail: wbrown@lehrmiddlebrooks.com

185144.doc