IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

Jennifer Holladay
_____,   )
                                      )
      Plaintiff,                       )
                                      )
v.                                    )  CASE NO. 2:07-cv-706-WKW
                                      )
Big Bear of Luverne, Inc. et al.      )
_____,   )
                                      )
      Defendants,                      )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Jennifer Holladay__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____               _____

_____               _____

_____               _____


9/15/07                                     _____
_____                             (Signature)
Date                                        Jay Lewis
                                            _____
                                            (Counsel's Name)
                                            Jennifer Holladay
                                            _____
                                            Counsel for (print names of all parties)
                                            P.O. Box 5059
                                            Montgomery, AL 36103
                                            _____
                                            Address, City, State Zip Code
                                            334-263-7733
                                            _____
                                            Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Jay Lewis, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 15th day of September, 20 07, to:

Whitney R. Brown

Michael L. Thompson

9/15/2007
Date

Signature