IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JENNIFER HOLLADAY,**<br><br>    Plaintiff,<br><br>v.<br><br>**BIG BEAR OF LUVERNE, INC., d/b/a**<br>**JOHN'S FOODS, INC., and**<br>**TONY BEVERLY,**<br><br>    Defendants. | )<br>)<br>)<br>)    **CIVIL ACTION NUMBER:**<br>)        **2:07-cv-706-WKW**<br>)<br>)<br>)<br>)<br>)<br>) |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Federal Rules of Civil Procedure 26(f), the parties file with the Court the following Report of Parties' Planning Meeting:

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on September 20, 2007, and the following counsel participated:

    Jay Lewis, Esq., on behalf of Plaintiff, Jennifer Holladay and

    Michael Thompson, Esq., on behalf of Defendants, Big Bear of Luverne, Inc., d/b/a John's Foods, Inc. and Tony Beverly.

2. Pre-Discovery Disclosures. The parties will exchange by October 15, 2007, the information required by Local Rule 26.1(a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following plan:

    a. Discovery will be needed on the following subjects: Plaintiff's claims and Defendants' defenses.

  b. **Discovery Cut-Off.** Defendants request that all discovery commenced in time to be completed by March 7, 2008.

  Plaintiff requests that all discovery commenced in time to be completed by April 8, 2008.

  c. Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

  d. Maximum of 40 requests for production by each party to any other party. Responses due 30 days after service.

  e. Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

  f. Maximum of 8 depositions by Plaintiff and 8 by Defendant.

  g. Reports from retained experts under Rule 26(a)(2) due:

  from Plaintiff by January 11, 2008;

  from Defendant by February 25, 2008.

  h. Supplementations under Rule 26(e) due within thirty days of notice that supplementation is required.

 4. Other Items.

  a. The parties do not request a conference with the court before entry of the scheduling order.

  b. Plaintiff should be allowed until October 15, 2007, to join additional parties and to amend the pleadings.

  c. Defendant should be allowed until November 15, 2007, to join additional parties and to amend the pleadings.

      d.    **Dispositive Motion Deadline.**  Defendants request that all potentially dispositive motions should be filed by April 8, 2008.

Plaintiff requests that all potentially dispositive motions should be filed by March 7, 2008.

      e.    Whether settlement and/or alternative dispute resolution is appropriate cannot be realistically evaluated prior to the parties conducting initial discovery.

      f.    The parties request a final pretrial conference in June 2008.

      g.    Final lists of trial evidence and objections thereto under Rule 26(a)(3) will be due on dates as determined by the Court or, in the event the Court does not designate dates:

      from Plaintiff:  witnesses by June 13, 2008; exhibits by June 13, 2008.

      from Defendant:  witnesses by June 13, 2008; exhibits by June 13, 2008.

      Objections due fourteen (14) days after service of final lists.

      h.    The case should be ready for trial by July 28, 2008 and at this time is expected to take approximately 3 days.

DATED this 20th day of September, 2007.

      Respectfully Submitted,

      s/Michael L. Thompson THO152
      Michael L. Thompson
      s/Whitney R. Brown BRO237
      Whitney R. Brown

OF COUNSEL:
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL 35202-1945
Phone:  (205) 326-3002
Fax:  (205) 326-3008
E-mail: mthompson@lehrmiddlebrooks.com
E-mail: wbrown@lehrmiddlebrooks.com

                                                s/Jay Lewis LEW031_____
                                                Jay Lewis

LAW OFFICES OF JAY LEWIS, LLC
P. O. Box 5059
Montgomery, AL  36103
Phone:  (334) 263-7733
Fax: (334) 263-7733
E-mail:  j-lewis@JayLewisLaw.com

185352.doc