IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER HOLLADAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 2:07-cv-706-WKW |
| ) | |
| BIG BEAR OF LUVERNE, INC., d/b/a ) | |
| JOHN'S FOODS, INC., and ) | |
| TONY BEVERLY, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWER

Defendants Big Bear of Luverne, Inc. and Tony Beverly request leave of Court to file the attached Defendants' First Amended Answer and in support of said motion show the Court as follows:

1. Defendants filed their original Answer on August 30, 2007.

2. This motion is timely as the Court's Uniform Scheduling Order sets November 15, 2007, as the deadline for the parties to file motions to amend the pleadings.

3. Defendants are not seeking to amend any portions of the previously filed Answer in their First Amended Answer. Rather, Defendants seek to add their 26th Defense asserting that some or all of Plaintiff's claims, including her claims for damages, are barred by the after-acquired evidence defense.

4. A copy of Defendants' First Amended Answer is attached to this motion.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request leave of Court to file their First Amended Answer.

       Respectfully Submitted,

       s/Michael L. Thompson THO152
       Michael L. Thompson

       s/Whitney R. Brown BRO237
       Whitney R. Brown

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

 I hereby certify that on November 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jay Lewis, Esq.
    Law Offices of Jay Lewis, LLC
    P. O. Box 5059
    Montgomery, AL  36103

    Respectfully submitted,

    s/Michael L. Thompson
    Michael L. Thompson (ASB-5417-O46M)
    Whitney R. Brown (ASB 4431 H71B)
    Lehr Middlebrooks & Vreeland, P.C.
    P.O. Box 11945
    Birmingham, AL 35202-1945
    Phone:  (205) 326-3002
    Fax:  (205) 326-3008
    E-mail: mthompson@lehrmiddlebrooks.com
    E-mail: wbrown@lehrmiddlebrooks.com

190453.doc