IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER HOLLADAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0706-WKW |
| ) | |
| BIG BEAR OF LUVERNE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the court on the Defendants' Motion for Leave to File Amended Answer.  (Doc. # 11.)  The motion is timely pursuant to the court's Uniform Scheduling Order.  (Doc. # 9.)  Therefore, it is ORDERED that the Defendants' Motion for Leave to File Amended Answer  (Doc. # 11) is GRANTED.   The Amended Answer (Doc. # 12) is deemed filed.

DONE this 16th day of November, 2007.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE