IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JENNIFER HOLLADAY,** | * | |
|    Plaintiff, | * | |
| | * | |
|    v. | * | Civil Case No. 2:07-CV-706-WKW |
| | * | |
| **BIG BEAR OF LUVERNE, INC., a/k/a** | * | |
| **JOHN'S FOODS, INC., and** | * | |
| **TONY BEVERLY,** | * | |
|    Defendants. | * | |

## NOTICE OF APPEARANCE

COMES NOW Fred Clements to enter his appearance as one of the attorneys for Plaintiff herein and respectfully requests of the Court and all parties that he be served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the 17th day of January, 2008.

                                                      /s/ FRED CLEMENTS
                                                      Fred Clements
                                                      Law Offices of Jay Lewis, LLC
                                                      P.O. Box 5059
                                                      Montgomery, AL 36103
                                                      (334) 263-7733 (Voice)
                                                      (334) 832-4390 (Fax)
                                                      FredClements@JayLewisLaw.com
                                                      ASB-5682-R39C

**CERTIFICATE OF SERVICE**

       I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 17th day of January, 2008.

Whitney R. Brown
Michael L. Thompson
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL 35202

                                                  /s/ FRED CLEMENTS
                                                  Fred Clements
                                                  Law Offices of Jay Lewis, LLC
                                                  P.O. Box 5059
                                                  Montgomery, AL 36103
                                                  (334) 263-7733 (Voice)
                                                  (334) 832-4390 (Fax)
                                                  FredClements@JayLewisLaw.com
                                                  ASB-5682-R39C