**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JENNIFER HOLLADAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **2:07-cv-706-WKW** |
| ) | |
| **BIG BEAR OF LUVERNE, INC., d/b/a** ) | |
| **JOHN'S FOODS, INC., and** ) | |
| **TONY BEVERLY,** ) | |
| ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW **TONY BEVERLY**, a Defendant in the above-captioned matter, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual and is not aware of any reportable relationships.

                                                  Respectfully Submitted,

                                                  s/Michael L. Thompson
                                                  Michael L. Thompson ASB 5417-046M

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
(205) 326-3002

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jay Lewis, Esq.
>Law Offices of Jay Lewis, LLC
>P.O. Box 5059
>Montgomery, AL  36103

>s/Michael L. Thompson
>Michael L. Thompson ASB 5417-046M
>Lehr Middlebrooks & Vreeland, P.C.
>P.O. Box 11945
>Birmingham, AL 35202-1945
>Phone:  (205) 326-3002
>Fax:  (205) 326-3008
>E-mail: mthompson@lehrmiddlebrooks.com

194871.doc