### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

**JENNIFER HOLLADAY,**

        **Plaintiff,**

**v.**

                                          **CIVIL ACTION NUMBER:**
                                              **2:07-cv-706-WKW**

**BIG BEAR OF LUVERNE, INC., d/b/a**
**JOHN'S FOODS, INC., and**
**TONY BEVERLY,**

        **Defendant.**

---

### CONSENT MOTION TO CONTINUE TRIAL SETTING FOR HEALTH REASONS

Defendants respectfully request that this matter be continued from its current trial setting of July 28, 2008, until the Court's next jury trial session in Montgomery, October 20, 2008, and that all pending deadlines be reset accordingly.   In support of said motion, Defendants show as follows:

1.    Plaintiff filed this lawsuit on August 3, 2007, alleging gender discrimination, assault and battery, retaliation and outrage.   After Defendants timely answered, the Court issued its Uniform Scheduling Order on September 24, 2007.

2.    The Court set the jury trial of this matter for its July 28, 2008, term. Further, the Court set April 8, 2008, as the deadline for dispositive motions  and June 7, 2008, as the deadline to complete discovery.

3.    The parties diligently engaged in written discovery following the issuance of the Scheduling Order.

4.    Defendant Big Bear of Luverne, Inc.'s owner, client representative and primary witness in this matter has experienced certain personal medical and family

medical events on an ongoing basis since November 2007.   These events have rendered him unable to participate in further discovery, including deposition discovery, and unable to participate in the defense of this matter.   These events were discussed with the Court's law clerk on February 22, 2008, in a conference call with Plaintiff's counsel and Defendants' counsel.

      5.    The unavailability of Defendant Big Bear's owner and primary witness renders Big Bear unable to defend itself in this matter.   The severity of the events and conditions referenced in the foregoing paragraph will hopefully lessen in the coming months.   However, Big Bear will not be able to comply with Court's dispositive motion and discovery deadlines owing to the owner/witness's inability to participate in discovery.

      6.    Accordingly, Defendants respectfully request that the Court continue the trial setting of this matter until October 20, 2008, the Court's next jury trial term in Montgomery, and that the Court reset the outstanding deadlines[1] in the case as follows:

        Pretrial Conference –  September 15, 2008

        Dispositive Motions – July 1, 2008

        Settlement Conference – July 8, 2008

        Discovery Completion – August 30, 2008

        Witness List – September 5,2008

        Deposition Designations –  September 11, 2008

        Exhibit List – September 11, 2008

---

[1] Each deadline was extended 84 days, the length of the proposed trial continuance.

7.      This continuance is not sought solely for delay but so that justice may be served.

8.      Defendants' counsel has conferred with Plaintiff's counsel regarding the relief requested herein and Plaintiff consents to the relief requested.

WHEREFORE, PREMISES CONSIDERED Defendants respectfully request that the Court continue the trial setting of this matter until October 20, 2008, the Court's next jury trial term in Montgomery, and that the Court reset the outstanding deadlines as noted herein.

Respectfully Submitted,

s/Michael L. Thompson THO152_____
Michael L. Thompson
Whitney R. Brown

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL  36103

Respectfully submitted,

s/Michael L. Thompson
Michael L. Thompson (ASB-5417-O46M)
Whitney R. Brown (ASB 4431 H71B)
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL 35202-1945
Phone:  (205) 326-3002
Fax:  (205) 326-3008
E-mail: mthompson@lehrmiddlebrooks.com
E-mail:wbrown@lehrmiddlebrooks.com

197267.doc