IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER HOLLADAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0706-WKW |
| ) | |
| BIG BEAR OF LUVERNE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the parties' Consent Motion to Continue Trial Setting for Health Reasons (Doc. # 17), it is ORDERED that the motion is GRANTED. Furthermore, it is ORDERED that the Uniform Scheduling Order (Doc. # 9) issued September 24, 2007, is VACATED. A new scheduling order setting the case for trial on October 20, 2008 docket will follow.

DONE this 13th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE