IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAY 20 P 2: 25

| | |
|---|---|
| JENNIFER HOLLADAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 2:07-cv-706-WKW |
| ) | |
| BIG BEAR OF LUVERNE, INC., d/b/a ) | |
| JOHN'S FOODS, INC., and ) | |
| TONY BEVERLY, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, Defendants and Plaintiff by and through the undersigned counsel and request that this Court dismiss with prejudice the above-styled cause with each party to bear their own attorneys' fees, costs and expenses.

On this the 19th day of May, 2008.

Respectfully Submitted,

_/s/ Michael L. Thompson_
Michael L. Thompson
Whitney R. Brown

OF COUNSEL:
Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL 35202-1945
Phone: (205) 326-3002
Fax: (205) 326-3008
E-mail: mthompson@lehrmiddlebrooks.com
E-mail: wbrown@lehrmiddlebrooks.com

/s/ Jay Lewis
Jay Lewis
Fred Clements

LAW OFFICES OF JAY LEWIS, LLC
P. O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 263-7733
E-mail: j-lewis@JayLewisLaw.com
  FredClements@JayLewisLaw.com

202511.doc